**Fill in this information to identify the case and this filing:**

Debtor Name ___VR INVESTMENTS, LLC___

United States Bankruptcy Court for the: ___WESTERN___ District of ___NC___
(State)

Case number (*if known*): ___18-31637___

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___11/26/2018___        ✗ ___/s/ Vinroy Reid___
  MM / DD / YYYY            Signature of individual signing on behalf of debtor

VINROY REID
Printed name

Member Manager
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name     VR INVESTMENTS, LLC

United States Bankruptcy Court for the:    WESTERN    District of    NC
                                                                    (State)

Case number (If known):    18-31637

☐ Check if this is an
   amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

## Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*..........................................................................    $ 639,000.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*........................................................................    $ 0.00

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..........................................................................    $ 639,000.00

## Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...............................    $ 252,428.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...............................................    $ 146,495.07

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...............................    + $ 590,241.99

4. **Total liabilities**...........................................................................................................    $ 989,165.06
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name ___VR INVESTMENTS, LLC___

United States Bankruptcy Court for the: ___WESTERN___   District of ___NC___
(State)

Case number (If known): ___18-31637___

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                                            **Current value of debtor's interest**

2. **Cash on hand**                                                                                             $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. _____ | _____ | __ __ __ __ | $_____ |
   | 3.2. _____ | _____ | __ __ __ __ | $_____ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____      $_____
   4.2. _____      $_____

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $ __0.00__

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

                                                                                                               **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. _____      $_____
   7.2. _____      $_____

Debtor _____   Case number (if known)_____
                 Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____   $_____
8.2._____   $_____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

| | $ 0.00 |
|---|---|

---

**Part 3:   Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☒ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less: _____  –  _____  = ........➡   $_____
                     face amount          doubtful or uncollectible accounts

11b. Over 90 days old: _____  –  _____  = ........➡   $_____
                   face amount          doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| | $ 0.00 |
|---|---|

---

**Part 4:   Investments**

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

Valuation method used for current value     Current value of debtor's interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____   _____   $_____
14.2._____   _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                              % of ownership:

15.1._____   _____%   _____   $_____
15.2._____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____   _____   $_____
16.2._____   _____   $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| | $ 0.00 |
|---|---|

---

Debtor _____    Case number (if known) _____

       Name

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | ___/___/___ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____    Valuation method _____    Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

Debtor _____     Case number (if known)_____
          Name

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|--------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|---------------------------------|---------------------------------|---------------------------------|
| **39. Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| **40. Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| **42. Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No
☐ Yes

Debtor _____   Case number (if known)_____
         Name

---

| **Part 8:** | **Machinery, equipment, and vehicles** |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

52. Is a depreciation schedule available for any of the property listed in Part 8?

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

Debtor _____     Case number (if known)_____
                    Name

---

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  SEE ATTACHED SCHEDULE 55 | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**                                                                                    $ 629,300.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites** | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties** | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| 65. **Goodwill** | $_____ | _____ | $_____ |

66. **Total of Part 10.**                                                                                    $ 0.00

Add lines 60 through 65. Copy the total to line 89.

---

Official Form 206A/B                  Schedule A/B: Assets — Real and Personal Property                  page 6

# VR INVESTMENTS, LLC - SCHEDULE 55

| Current Owner | | | Address | Tax Value |
|---|---|---|---|---|
| VR Investments LLC | | | 1413 Catherine Simmons Av. Charlotte | 62,400 |
| VR Investments LLC | | | 1720 Pegram St Charlotte | 71,900 |
| VR Investments LLC | | | 2586 Hemphill St Charlotte | 52,400 |
| VR Investments LLC | | | 626 Char Meck Lane, Charlotte | 150,000 |
| VR Investments LLC | | | 1228 Clanton Road, Charlotte | 51,900 |
| VR Investments LLC | | | 9809 E WT Harris Bv, Charlotte | 50,000 |
| VR Investments LLC | | | 3234 Rozzells Ferry Road, Charlotte | 90900 |
| VR Investments LLC | | | 1411 Catherine Simmons Av. Charlotte | 99800 |
| | | | | |

* The foregoing values are subject to appraisal

Debtor _____    Case number *(if known)* _____
                              Name

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
   ☐ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☒ No. Go to Part 12.
   ☐ Yes. Fill in the information below.

   **Current value of debtor's interest**

71. **Notes receivable**
   Description (include name of obligor)
   _____  _____ – _____ = ➡  $_____
                                  Total face amount       doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)
   _____    Tax year _____    $_____
   _____    Tax year _____    $_____
   _____    Tax year _____    $_____

73. **Interests in insurance policies or annuities**
   _____                            $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   _____                            $_____
   Nature of claim        _____
   Amount requested       $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   _____                            $_____
   Nature of claim        _____
   Amount requested       $_____

76. **Trusts, equitable or future interests in property**
   _____                            $_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
   _____                            $_____
   _____                            $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.                  $ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Debtor _____    Case number *(if known)* _____
              Name

| Part 12: | Summary |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................ ➔ | | $ 629,300.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column............ 91a. | $ 0.00 | + 91b. $ 629,300.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................... $ 629,300.00

**Fill in this information to identify the case:**

Debtor name __VR Investments, LLC.__

United States Bankruptcy Court for the: __Western__ District of __NC__
                                                                        (State)

Case number (If known): __18-31637__

☐ Check if this is an
   amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | **Column A**<br>Amount of claim<br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

**2.1**

**Creditor's name**
Chase

**Creditor's mailing address**
710 S. Ash St., Ste. 200
Glendale, CO 80246

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
9809 East W.T. Harris Blvd     $93,951.00     $50,000.00
Charlotte, NC 28227

**Describe the lien**
Deed of Trust

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
Chase

**Creditor's mailing address**
P.O. Box 24696
Columbus, OH 43224

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** _6_ _7_ _8_ _0_

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines ___

**Describe debtor's property that is subject to a lien**
1228 Clanton Rd.     $88,829.00     $51,900.00
Charlotte, NC 28217

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $_____

Debtor    VR Investments, LLC.
_____    Case number (if known) 18-31637
Name

## Part 1:    Additional Page

Column A
**Amount of claim**
Do not deduct the value
of collateral.

Column B
*Value of collateral*
that supports this
claim

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

### 2.3    Creditor's name

JPMorgan Chase Bank, N.A.

**Creditor's mailing address**

P.O. Box 47020
Atlanta, GA 30362

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    5 6 9 2

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2586 Hemphill Street
Charlotte, NC 28208    $ 69,648.00    $ 52,400.00

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

### 2._    Creditor's name

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

**Date debt was incurred**    _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes. Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____
    _____
    _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____    $_____    $_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | VR INVESTMENTS, LLC |
| United States Bankruptcy Court for the: | Western    District of NC |
| | (State) |
| Case number (if known) | 18-31637 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**
Priority creditor's name and mailing address
Internal Revenue Service

Central Insolvency Operation

P.O. Box 7346, Philadelphia, PA 19101-7346

Date or dates debt was incurred
2013 - 2017

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $ 28,186.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ _____

---

**2.2**
Priority creditor's name and mailing address
North Carolina Department of Revenue (NPO)

P.O. Box 871

Raleigh, NC 27602

Date or dates debt was incurred
2014 - 2017

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $ 4,313.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

---

**2.3**
Priority creditor's name and mailing address
Mecklenburg County Tax Office

Bob Walton Plaza

700 E. Stonewall St. Charlotte, NC 28202

Date or dates debt was incurred
_____

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

As of the petition filing date, the claim is: $ 10,796.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Property Taxes, Fines and Code Violations

Is the claim subject to offset?
☐ No
☐ Yes

$ _____

Debtor  VR INVESTMENTS, LLC
      Name

Case number (if known)  18-31637

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

                                                   Total claim                    Priority amount

**2._** Priority creditor's name and mailing address

$ 103,200.07   $ _____

NY STATE DEPT. OF TAXATION AND FINANCE
WA HARRIMAN
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:** TAXES OWED FOR BUSINESS IN NY. DEBTOR DOES NOT BELIEVE IT IS LIABLE FOR THE AMOUNT OWED BUT PROVIDES OUT OF AN ABUNDANCE OF CAUTION.

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2._** Priority creditor's name and mailing address

$ _____   $ _____

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2._** Priority creditor's name and mailing address

$ _____   $ _____

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2._** Priority creditor's name and mailing address

$ _____   $ _____

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

Debtor ___VR INVESTMENTS, LLC_____   Case number *(if known)*  18-31637
          Name

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority
   unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
Capital One

15000 Capital One Drive

Richmond, VA 23238

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 53.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
Carolina Pathology Clinical

C/O Financial Data Systems
1638 Military Cutoff Road
Wilmington, NC 28403

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Medical

$ 44.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.3** Nonpriority creditor's name and mailing address
CHS University Parent Hospital

C/O PMAB, LLC
4135 S. Stream Boulevard, Suite 4
Charlotte, NC 28217

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Medical

$ 1,327.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.4** Nonpriority creditor's name and mailing address
City of Charlotte

P.O. Box 1316

Charlotte, NC 28201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Water Bill

$ 318.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.5** Nonpriority creditor's name and mailing address
CMG Eastland Urgent Care

C/o PMAB LLC
4135 S. Stream Boulevard, Suite 4
Charlotte, NC 28217

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Medical

$ 86.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address
CHS Urgent Care- Eastland

C/O PMAB, LLC
4135 S. Stream Boulevard, Suite 4
Charlotte, NC 28217

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Medical

$ 142.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   VR INVESTMENTS, LLC
Name

Case number *(if known)*   18-31637

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.7** Nonpriority creditor's name and mailing address

Duke Energy
c/o Online Collections
P.O. Box 1489
Winterville, NC 28590

As of the petition filing date, the claim is:   $ 454.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:   Power services

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.8** Nonpriority creditor's name and mailing address

Home Depot

2455 Paces Ferry Rd.

Atlanta, GA 30339

As of the petition filing date, the claim is:   $ 2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Materials purchased by VR King and used on ~~real property owned~~ by related entities

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.9** Nonpriority creditor's name and mailing address

Duke Vinyl Products
304 W. 32nd Street
Charlotte, NC 28206

As of the petition filing date, the claim is:   $ 3,500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Materials for real property owned by VR King ~~VR Investments and~~ Baranko

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.10** Nonpriority creditor's name and mailing address

Fern E. De Jonge, Esq.
7718 Flatlands Avenue, 2nd Floor
Brooklyn, NY 11234

As of the petition filing date, the claim is:   $ 30,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Business Loan for entities and mortgage ~~Legal services in NY~~

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**3.11** Nonpriority creditor's name and mailing address

Hazelyn Mills
7329 Boswell Road
Charlotte, NC 28215

As of the petition filing date, the claim is:   $ 50,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   Loan for business purposes and ~~to satisfy mortgages~~ and improve real properties

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | VR INVESTMENTS, LLC | Case number *(if known)* | 18-31637 |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.12**

**Nonpriority creditor's name and mailing address**
Wells Fargo Card Services Visa

P.O. Box 10347
Des Moines, IA 50306

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Prepaid card used to pay utility bills on certain real property

**Is the claim subject to offset?**
☒ No
☐ Yes

$  451.42

---

**3.13**

**Nonpriority creditor's name and mailing address**
Marty King

5054 Gatsby Cir.
Rock Hill, SC 29732

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Loan to VR King for operations and purchase of real property owned by related entities

**Is the claim subject to offset?**
☒ No
☐ Yes

$  25,000.00

---

**3.14**

**Nonpriority creditor's name and mailing address**
WGIV 1370 AM

9349 China Grove
Pineville, NC 28134

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Advertising for VR King Construction, LLC

**Is the claim subject to offset?**
☒ No
☐ Yes

$  10,000.00

---

**3.15**

**Nonpriority creditor's name and mailing address**
PMAB, LLC

4135 S. Stream Blvd., Ste 4
Charlotte, NC 28217

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Medical while working for VR King and entities

**Is the claim subject to offset?**
☒ No
☐ Yes

$  1,555.00

---

**3.16**

**Nonpriority creditor's name and mailing address**
Optimum Outcomes, Inc.

2651 Warrenville Rd.
Downers Grove, IL 60515

**Date or dates debt was incurred**  _____
**Last 4 digits of account number**  ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Medical while working for VR King and entities

**Is the claim subject to offset?**
☐ No
☐ Yes

$  662.00

---

| Debtor | VR INVESTMENTS, LLC | Case number *(if known)* | 18-31637 |
| --- | --- | --- | --- |
| | Name | | |

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.17** Nonpriority creditor's name and mailing address
Y2 YOGA

212 S. TRYON ST., STE 375

CHARLOTTE, NC 28281

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 396,649.57

Basis for the claim:   TRADE DEBT / JUDGMENT (SECURED CLAIM UNKNOWN)

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address
Thais Patricia Moran (NPO)

6740 Vernedale Glen Dr.

Charlotte, NC 28212

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim:   _____

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address
Miranda Reid (NPO)

3054 Chaffey Cir.

Decatur, GA 30034

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 0.00

Basis for the claim:   _____

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address
Verol Reid

2556 Brentwood Pl

Charlotte, NC 28208

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 68,000.00

Basis for the claim:   Business loan for Debtor and related entities
Potential earnings and wages.

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____

Basis for the claim:   _____

Date or dates debt was incurred   _____
Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor    VR INVESTMENTS, LLC
          _____          Case number (if known)_____18-31637____
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

5a. **Total claims from Part 1**                    5a.   $ 146,495.07

5b. **Total claims from Part 2**                    5b.  **+**  $ 590241.99

5c. **Total of Parts 1 and 2**                      5c.   $ 736,737.06
    Lines 5a + 5b = 5c.

**Fill in this information to identify the case:**

Debtor name ___VR INVESTMENTS, LLC___

United States Bankruptcy Court for the: ___WESTERN DISTRICT___ District of ___NC___
(State)

Case number (If known): ___18-31637___ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Commercial Lease | Queen Holding Company, LLC |
| | | | 1720 Pegram St. |
| | State the term remaining | August 15, 2021 | Charlotte, NC 28205 |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Residential Lease | Eustace Fulgence |
| | | | 2586 Hemphill St. |
| | State the term remaining | August 31, 2019 | Charlotte, NC 28208 |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Residential | Alita Lightfoot |
| | | | 1228 Clanton Road |
| | State the term remaining | October 31, 2019 | Charlotte, NC 28217 |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name ___VR INVESTMENTS, LLC___

United States Bankruptcy Court for the: ___WESTERN___ District of ___NC___
(State)

Case number (If known): ___18-31637___

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor | | | | Column 2: Creditor | | |
|---|---|---|---|---|---|---|---|
| | **Name** | **Mailing address** | | | **Name** | | **Check all schedules that apply:** |
| 2.1 | MIRANDA REID | 3054 Chaffey Cir. | | | Chase Bank USA | | ☒ D |
| | | Street | | | | | ☐ E/F |
| | | | | | | | ☐ G |
| | | Decatur | GA | 30034 | | | |
| | | City | State | ZIP Code | | | |
| 2.2 | MIRANDA REID | 3054 Chaffey Cir. | | | Chase Bank USA | | ☒ D |
| | | Street | | | | | ☐ E/F |
| | | | | | | | ☐ G |
| | | Decatur | GA | 30034 | | | |
| | | City | State | ZIP Code | | | |
| 2.3 | VINROY REID | 7329 Boswell Rd. | | | | | ☒ D |
| | | Street | | | | | ☒ E/F |
| | | | | | | | ☐ G |
| | | Charlotte | NC | 28215 | | | |
| | | City | State | ZIP Code | | | |
| 2.4 | VR KING CONSTRUCTION | 626 Char-Meck Lane | | | | | ☒ D |
| | | Street | | | | | ☒ E/F |
| | | | | | | | ☐ G |
| | | Charlotte | NC | 28205 | | | |
| | | City | State | ZIP Code | | | |
| 2.5 | BARANKO ENTERPRISE | 626 Char-Meck Lane | | | | | ☒ D |
| | | Street | | | | | ☒ E/F |
| | | | | | | | ☐ G |
| | | Charlotte | NC | 28205 | | | |
| | | City | State | ZIP Code | | | |
| 2.6 | | | | | | | ☐ D |
| | | Street | | | | | ☐ E/F |
| | | | | | | | ☐ G |
| | | City | State | ZIP Code | | | |

**Fill in this information to identify the case:**

Debtor name    VR INVESTMENTS, LLC

United States Bankruptcy Court for the:    WESTERN                    District of    NC
                                                                                    (State)

Case number (If known):    18-31637

☐ Check if this is an
  amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From 01/01/2018<br>MM / DD / YYYY | to Filing date | ☐ Operating a business<br>☒ Other  Real Estate | $ 4,000.00 |
| For prior year: | From 01/01/2017<br>MM / DD / YYYY | to 12/31/2017<br>MM / DD / YYYY | ☐ Operating a business<br>☒ Other  Real Estate | $ 5,747.00 |
| For the year before that: | From 01/01/2016<br>MM / DD / YYYY | to 12/31/2016<br>MM / DD / YYYY | ☐ Operating a business<br>☒ Other  Real Estate | $ 4,908.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- | --- |
| From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to Filing date | _____ | $_____ |
| For prior year: | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |
| For the year before that: | From _____<br>MM / DD / YYYY | to _____<br>MM / DD / YYYY | _____ | $_____ |

| Debtor | VR INVESTMENTS, LLC | Case number (if known) | 18-31637 |
|---|---|---|---|
| | Name | | |

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer  Check all that apply |
|---|---|---|---|---|
| 3.1. | Tran Law Firm, PLLC | | $ 7,500.25 | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | 4850 Old Pineville Rd. | Sep. 24 | | ☐ Suppliers or vendors |
| | Street | | | ☑ Services |
| | Charlotte      NC    28217 | | | ☐ Other ___ Legal ___ |
| | City       State   ZIP Code | | | |
| 3.2. | | | $ | ☐ Secured debt |
| | Creditor's name | | | ☐ Unsecured loan repayments |
| | Street | | | ☐ Suppliers or vendors |
| | | | | ☐ Services |
| | City       State   ZIP Code | | | ☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Vinroy Reid | Various | $ 4,000.00 | Compensation |
| | Insider's name | | | |
| | 7329 Boswell Rd. | | | |
| | Street | | | |
| | Charlotte      NC    28217 | | | |
| | City       State   ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | Principal | | | |
| 4.2. | | | $ | |
| | Insider's name | | | |
| | Street | | | |
| | City       State   ZIP Code | | | |
| | **Relationship to debtor** | | | |

Debtor   VR INVESTMENTS, LLC
_____
Name

Case number (if known) 18-31637

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City    State    ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City    State    ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City    State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:   Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Y2 Yoga Cotswold, LLC v. Reid, et al. | Breach of Contract | Meck. County Courthouse | ☒ Pending |
| | | Name | ☐ On appeal |
| | | 832 E. 4th St. | ☐ Concluded |
| **Case number** | | Street | |
| 16-CVS-23179 | | Charlotte    NC    28202 | |
| | | City    State    ZIP Code | |
| **Case title** | | Court or agency's name and address | ☐ Pending |
| 7.2. Nautilus Insurance Co. v. Reid, et al. | Dec. Judgment | U.S. District Court | ☐ On appeal |
| **Case number** | | Name | ☒ Concluded |
| 3:17-CV-00156-GCM | | 401 W. Trade St. | |
| | | Street | |
| | | Charlotte    NC    28202 | |
| | | City    State    ZIP Code | |

---

| Debtor | VR INVESTMENTS, LLC | Case number (if known) | 18-31637 |
|---|---|---|---|
| | Name | | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ Custodian's name | _____ | $ _____ |
| _____ Street | Case title | Court name and address |
| | _____ | _____ Name |
| _____ City   State   ZIP Code | Case number | _____ Street |
| | _____ | _____ City   State   ZIP Code |
| | Date of order or assignment | |
| | _____ | |

---

**Part 4:   Certain Gifts and Charitable Contributions**

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ Recipient's name | _____ | _____ | $ _____ |
| _____ Street | _____ | | |
| _____ City   State   ZIP Code | | | |
| **Recipient's relationship to debtor** _____ | | | |
| 9.2. _____ Recipient's name | _____ | _____ | $ _____ |
| _____ Street | | | |
| _____ City   State   ZIP Code | | | |
| **Recipient's relationship to debtor** _____ | | | |

---

**Part 5:   Certain Losses**

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss  If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.  List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 9809 E. WT HARRIS BLVD.  FIRE | NONE - PENDING | MAY 2018 | $ 180,000.00 |

| Debtor | VR INVESTMENTS, LLC | Case number (if known) | 18-31637 |
|---|---|---|---|
| | Name | | |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Sodoma Law, P.C. | | Sep. 27, 2018 | $ 17,499.75 |
| | **Address** | | | Paid by VR KING CONSTRUCTION |
| | 211 East Blvd. | | | |
| | Street | | | |
| | Charlotte          NC       28203 | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |
| 11.2. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
| | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |
| | | | |

Official Form 207        **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**        page 5

Debtor    VR INVESTMENTS, LLC
_____    Case number (if known)___18-31637____
Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $ _____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $ _____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

| Part 7: | **Previous Locations** |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | Dates of occupancy |
|---|---|---|---|
| 14.1. | P.O. BOX 5035 | | From _____ To _____ |
| | Street | | |
| | Charlotte          NC      28299 | | |
| | City          State    ZIP Code | | |
| 14.2. | _____ | | From _____ To _____ |
| | Street | | |
| | _____ | | |
| | City          State    ZIP Code | | |

| Debtor | VR INVESTMENTS, LLC | Case number *(if known)* | 18-31637 |
|---|---|---|---|
| | Name | | |

---

## Part 8:  Health Care Bankruptcies

**15. Health Care bankrupticies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|
| 15.1. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:* |
| _____<br>City        State        ZIP Code | _____<br>_____ | ☐ Electronically<br>☐ Paper |
| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. _____<br>Facility name | _____ | _____ |
| _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:* |
| _____<br>City        State        ZIP Code | _____<br>_____ | ☐ Electronically<br>☐ Paper |

---

## Part 9:  Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

---

| | | | | |
|---|---|---|---|---|
| Debtor | VR INVESTMENTS, LLC | | Case number (if known) | 18-31637 |
| | Name | | | |

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name<br>Street<br>City        State        ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | Name<br>Street<br>City        State        ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City        State        ZIP Code | <br><br>Address | | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City        State        ZIP Code | <br><br>Address | | ☐ No<br>☐ Yes |

---

Debtor   VR INVESTMENTS, LLC
_____
Name

Case number (if known)___18-31637_____

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City    State    ZIP Code | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City    State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

| Debtor | VR INVESTMENTS, LLC | Case number (if known) | 18-31637 |
|---|---|---|---|
| | Name | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State        ZIP Code | City        State        ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City        State        ZIP Code | | From _____ To _____ |
| 25.2. | Business name and address | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City        State        ZIP Code | | From _____ To _____ |
| 25.3. | Business name and address | | EIN: __ __ - __ __ __ __ __ __ __ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City        State        ZIP Code | | From _____ To _____ |

---

Debtor    VR INVESTMENTS, LLC
_____
          Name

Case number (if known)_____18-31637_____

## 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

**Name and address**

26a.1.    Walter R. Nelson, CPA C/O Mitzi Nelson, CPA
          Name
          4841 Lakeview Rd.
          Street

          Charlotte                        NC          28216
          City                             State       ZIP Code

**Dates of service**

From _2013_    To _Present_

**Name and address**

26a.2.    _____
          Name
          _____
          Street
          _____

          _____
          City                   State        ZIP Code

**Dates of service**

From _____    To _____

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26b.1.    Walter R. Nelson, CPA C/O Mitzi Nelson, CPA
          Name
          4841 Lakeview Rd.
          Street

          Charlotte                        NC          28216
          City                             State       ZIP Code

**Dates of service**

From _____    To _____

**Name and address**

26b.2.    _____
          Name
          _____
          Street
          _____

          _____
          City                   State        ZIP Code

**Dates of service**

From _____    To _____

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

**Name and address**

26c.1.    Walter R. Nelson, CPA C/O Mitzi Nelson, CPA
          Name
          4841 Lakeview Rd.
          Street

          Charlotte                        NC          28216
          City                             State       ZIP Code

**If any books of account and records are unavailable, explain why**

_____
No specific records are available
for the Debtor.  It appears that
matters were recognized under
individuals Schedule C.

Debtor  VR INVESTMENTS, LLC
_____
Name

Case number (if known)_____18-31637_____

|  | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Vinroy Reid<br>Name<br>7329 Boswell Rd.<br>Street<br>Charlotte              NC          28217<br>City                State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

**Name and address**

26d.1.
_____
Name
_____
Street
_____
_____
City                State        ZIP Code

**Name and address**

26d.2.
_____
Name
_____
Street
_____
_____
City                State        ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.1.
_____
Name
_____
Street
_____
_____
City                State        ZIP Code

| Debtor | VR INVESTMENTS, LLC | Case number (if known) | 18-31637 |
| --- | --- | --- | --- |
| | Name | | |

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2.

_____
Name

_____
Street

_____
City                                    State        ZIP Code

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of interest | % of interest, if any |
| --- | --- | --- | --- |
| Vinroy Reid | 7329 Boswell Rd. Charlotte, NC 28217 | Member / Manager | 100 |
| | | | |
| | | | |
| | | | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| --- | --- | --- | --- |
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1. Vinroy Reid | $4,000.00 | 2017 | Compensation |
| Name | | | |
| 7329 Boswell Rd. | | | |
| Street | | | |
| Charlotte          NC        28217 | | | |
| City          State      ZIP Code | | | |
| Relationship to debtor | | | |
| Member Manager | | | |

Debtor    VR INVESTMENTS, LLC _____     Case number (if known) _18-31637_____
          Name

---

**30.2**

**Name and address of recipient**

Name _____

Street _____

City _____ State _____ ZIP Code _____

**Relationship to debtor**

_____

---

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: __ __ - __ __ __ __ __ __ __ |

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   _11/26/2018_
              MM / DD /YYYY

✗ /s/ Vinroy Reid _____     Printed name    VINROY REID _____
Signature of individual signing on behalf of the debtor

Position or relationship to debtor   MEMBER MANAGER _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ No

☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

### Western_____ District Of _North Carolina_

**In re**

VR INVESTMENTS, LLC                                     Case No. _18-31637_

**Debtor**                                                   Chapter _11_

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
    named debtor(s) and that compensation paid to me within one year before the filing of the petition in
    bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
    contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _Standard Hourly Rates_

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $ _17,499.75_

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2.  The source of the compensation paid to me was:

    ☐ Debtor          ☒ Other (specify)   **VR King Construction, LLC**

3.  The source of compensation to be paid to me is:

    ☒ Debtor          ☒ Other (specify)   **Vinroy Reid, VR King Construction, LLC and Baranko
    Enterprises, Inc**

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are
       members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
       members or associates of my law firm. A copy of the agreement, together with a list of the names of the
       people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
    case, including:

    a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to
        file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
        hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

The firm will file the required Fee Applications for approval of its ongoing services associated with its post-petition representation of the Debtor in this case.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 11/26/2018 | /s/ John C. Woodman |
|---|---|
| *Date* | *Signature of Attorney* |
| | SODOMA LAW, P.C. |
| | *Name of law firm* |